IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-0119-NYW

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| Plaintiff, | : |
| vs. | : |
| VILLA SHOPPING CENTER, LLC, a Colorado limited liability company; | : |
| Defendant. | : |
| _____/ | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Fred Nekouee, by his counsel, and Defendant, Villa Shopping Center, LLC, by its counsel, hereby stipulate to the dismissal of all claims brought against Villa Shopping Center, LLC in this cause of action in its entirety, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear his or its own costs, including attorneys' fees, except as otherwise agreed.

Respectfully submitted,

*s/Robert J. Vincze*
Robert J. Vincze (CO #28399)
Law Offices of Robert J. Vincze
PO Box 792
Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net

**Attorney for Plaintiff Fred Nekouee**

and

*s/Matthew D. Clark*
Matthew D. Clark (CO #44704)
Jeffrey S. Beck
Faegre Drinker Biddle & Reath LLP
1470 Walnut Street, Suite 300
Boulder, CO 80302
Phone: 303-447-7727
Email: matthew.clark@faegredrinker.com
Phone: 317-237-8329
Email: Jeffrey.beck@faegredrinker.com

**Attorneys for Defendant Villa Shopping Center, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of August 2020, I filed a true and correct copy of the foregoing Stipulation via the Court's CM/ECF system.

*s/Robert J. Vincze*
Robert J. Vincze (CO #28399)